# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**972**

**CA 12-01849**

PRESENT: SCUDDER, P.J., FAHEY, SCONIERS, AND VALENTINO, JJ.

---

PATRICIA J. CURTO, PLAINTIFF-APPELLANT,

V                                                                    ORDER

NATIONAL FUEL CORPORATION, DEFENDANT-RESPONDENT.
(APPEAL NO. 1.)

---

PATRICIA J. CURTO, PLAINTIFF-APPELLANT PRO SE.

HARTER SECREST & EMERY, LLP, BUFFALO (DANIEL J. ALTIERI OF COUNSEL),
FOR DEFENDANT-RESPONDENT.

--------------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (Gerald J. Whalen, J.), entered December 14, 2011. The order, among other things, granted the motion of defendant to dismiss the complaint.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  September 27, 2013                          Frances E. Cafarell
                                                     Clerk of the Court